B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 12–20032**
**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Kathleen Joy Johnson
   aka Kathleen Carmichael
   602 Rollingwood Drive
   Shorewood, IL 60404

Social Security / Individual Taxpayer ID No.:
   xxx–xx–7660

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

     It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                 FOR THE COURT

Dated: <u>August 7, 2012</u>                           <u>Kenneth S. Gardner, Clerk</u>
                                                United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 12-20032-BWB
Kathleen Joy Johnson                                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: admin              Page 1 of 2              Date Rcvd: Aug 07, 2012
                              Form ID: b18             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2012.
```
db         +Kathleen Joy Johnson,    602 Rollingwood Drive,    Shorewood, IL 60404-0663
18919251   +Heights Finance Corp,    7707 N. Knoxville Ave.,   Peoria, IL 61614-2014
18919256   +Specialized Loan Servicing, LLC,    P.O. Box 105219,    Atlanta, GA 30348-5219
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18919245   +EDI: CAPITALONE.COM Aug 08 2012 00:53:00     Capital One Bank USA Na,   P.O. Box 30281,
             Salt Lake City, UT 84130-0281
18919246   +EDI: CHASE.COM Aug 08 2012 00:53:00     Chase,   Cardmember Service,   P.O. 15153,
             Wilmington, DE 19886-5153
18919247   +EDI: CHASE.COM Aug 08 2012 00:53:00     Chase Bank USA Na,   Cardmember Service,   P.O. 15298,
             Wilmington, DE 19886-5298
18919248   +EDI: CITICORP.COM Aug 08 2012 00:53:00     CitiCards/CitiBank,   PO BOX 6500,
             Sioux Falls, SD 57117-6500
18919249   +EDI: RMSC.COM Aug 08 2012 00:53:00     GECRB/JC Penneys,   P.O. Box 965005,
             Orlando, FL 32896-5005
18919250   +EDI: RMSC.COM Aug 08 2012 00:53:00     GECRB/Walmart,   P.O. Box 965005,   C77W,
             Orlando, FL 32896-5005
18919252   +EDI: HFC.COM Aug 08 2012 00:53:00     HSBC BANK,   ATTN Dispute Processing,   12447 SW 69th Ave,
             Portland, OR 97223-8517
18919253   +EDI: HFC.COM Aug 08 2012 00:53:00     HSBC Card Services,   P.O. Box 17051,
             Baltimore, MD 21297-1051
18919254    EDI: TSYS2.COM Aug 08 2012 00:53:00     Macys/DSNB,   PO BOX 8218,   Mason, OH 45040-8218
18919257   +EDI: WFNNB.COM Aug 08 2012 00:53:00     The Limited,   PO BOX 182789,   Columbus, OH 43218-2789
18919258   +EDI: WFNNB.COM Aug 08 2012 00:53:00     WFFNB - New York & Co.,   P.O. Box 659728,
             San Antonio, TX 78265-9728
18919259   +EDI: WFNNB.COM Aug 08 2012 00:53:00     WFFNB/NY&C,   P.O. Box 182789,   Columbus, OH 43218-2789
18919260   +EDI: WFNNB.COM Aug 08 2012 00:53:00     WFFNB/VS,   P.O. Box 182789,   Columbus, OH 43218-2789
18919261   +EDI: WFNNB.COM Aug 08 2012 00:53:00     WFNNB -- Express,   P.O. Box 659728,
             San Antonio, TX 78265-9728
18919262   +EDI: WFNNB.COM Aug 08 2012 00:53:00     WFNNB/LTD,   P.O. Box 182789,   Columbus, OH 43218-2789
                                                                                              TOTAL: 15

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18919255    Ricky Johnson,   Address Unknown
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 09, 2012**          **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: admin              Page 2 of 2            Date Rcvd: Aug 07, 2012
                              Form ID: b18             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2012 at the address(es) listed below:

```
          Annie W Lopez    on behalf of Creditor  FV-I, Inc. in trust for Morgan Stanley Mortgage Capital
           Holdings LLC alopez@fal-illinois.com
          Jeffrey L Benson    on behalf of Debtor Kathleen Johnson jeffrey-benson@sbcglobal.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Thomas B Sullivan    tsullivan@innovalaw.com, IL19@ecfcbis.com
                                                                                             TOTAL: 4
```